**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEVEN SHAW, *et al*.,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.***<br><br>***Defendant*.** | **Civil Action No. 1:24-cv-03187 (TJK)** |

**NOTICE OF WITHDRAWAL**

Kindly notice the withdrawal of Assistant Attorney General Andrew M. Vandini on behalf of Defendant Alex Rosario-Berroa in the above-captioned action. Please note that Assistant Attorney General Eli Koppel remains counsel for Alex Rosario-Berroa.

Dated: April 1, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Jonathan Berman*
JONATHAN BERMAN [445169]
Chief, Civil Litigation Division, Section III

*/s/ Andrew M. Vandini*
ANDREW M. VANDINI [90025227]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 727-1038
Andrew.vandini@dc.gov

*Counsel for Defendant Alex Rosario-Berroa*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of April, 2026, a true and correct copy of the foregoing *Notice of Withdrawal* was electronically filed using the Court's electronic filing system, which will send electronic notice of the filing to all counsel of record.

*/s/ Andrew M. Vandini*
ANDREW M. VANDINI
Assistant Attorney General